Opinion issued April 15, 2010.

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00009-CV

———————————

RANGER
SPECIALIZED GLASS, INC., AND RANGER GLASS SAN ANTONIO, INC., Appellants

V.

G.T. LEACH BUILDERS, L.L.C., Appellee



 



 

On
Appeal from the 269th District Court

Harris
County, Texas



Trial
Court Case No. 2009-16966

 



 




 

MEMORANDUM OPINION

 

After due consideration, the Court grants the motion to dismiss the appeal filed by the appellants,
RANGER SPECIALIZED GLASS, INC., AND RANGER GLASS SAN ANTONIO, INC.  Accordingly, the Court dismisses the appeal.

We lift
the stay of proceedings in the trial court. 
All other pending motions are dismissed as moot. 

 

PER CURIAM

 

Panel
consists of Justices Hanks, Bland, and Jennings.